**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

FEDERAL TRADE COMMISSION,

                  Plaintiff,

-vs-                                    Case No.  2:10-cv-30-FtM-36SPC

CREDIT RESTORATION BROKERS, LLC, a
Florida limited liability company doing business as
Clear Credit Sam Sky, doing business as Sam Sky
Credit Guy; DEBT NEGOTIATION
ASSOCIATES, LLC, a Florida limited liability
company; SAM TARAD SKY, individually and as
an owner, officer, or director of Credit Restoration
Brokers, LLC, and Debt Negotiation Associates,
LLC; KURT A. STREYFFELER, P.A., a Florida
corporation; KURT A. STREYFFELER,
individually and as an owner, officer, or director of
Kurt A. Streyffeler, P.A.,

                  Defendants.

_____

**ORDER**

This matter comes before the Court on Defendant Sam Sky's Request and Notification for Extension of Time (Doc. #23) filed on August 1, 2011.  Upon review of the filing it appears that it is a letter "to whom it may concern at the FTC," rather than a proper pleading for this Court's consideration.  Therefore, the filing is due to be stricken.  If Defendant Sky wishes to request relief from this Court, his pleadings must be entitled "motion" and include a clear and concise request for relief.  Any motion must comply with all of this Court's Local Rules.  Any correspondence between Defendant and Plaintiff need not be filed with the Court unless it is pertinent to an issue on which the party is requesting relief.

Accordingly, it is now

**ORDERED:**

Defendant Sam Sky's Request and Notification for Extension of Time (Doc. #23) is **STRICKEN**.

**DONE AND ORDERED** at Fort Myers, Florida, this   2nd    day of August, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record