UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL TRADE COMMISSION,

           Plaintiff,

-vs-                                            Case No. 2:10-cv-30-FtM-36SPC

CREDIT RESTORATION BROKERS, LLC, a
Florida limited liability company doing business as
Clear Credit Sam Sky, doing business as Sam Sky
Credit Guy; DEBT NEGOTIATION
ASSOCIATES, LLC, a Florida limited liability
company; SAM TARAD SKY, individually and as
an owner, officer, or director of Credit Restoration
Brokers, LLC, and Debt Negotiation Associates,
LLC; KURT A. STREYFFELER, P.A., a Florida
corporation; KURT A. STREYFFELER,
individually and as an owner, officer, or director of
Kurt A. Streyffeler, P.A.,

           Defendants.
_____

**ORDER**

This matter comes before the Court on Motion to Proceed *Pro Se* (Doc. #28) filed on October 10, 2011. Also included within the Motion is a response to this Court's September 28, 2011 Order to Show Cause (Doc. #26) and a request by defense attorney Kurt A. Streyffeler to withdraw from this case. Plaintiff filed a response in opposition (Doc. #29) on October 13, 2011. Thus, the matter is now ripe for review.

On September 28, 2011, this Court issued an Order to Show Cause directing corporate Defendants Credit Restoration Brokers, LLC and Debt Negotiation Associates, LLC to show cause through counsel on or before October 7, 2011, why they have failed to comply with this Court's

Order to obtain alternate counsel by the Court-imposed deadline of June 6, 2011.  The Court again reiterated to the corporate Defendants that they cannot appear in judicial proceedings *pro se* but instead must be represented by licensed counsel.

The corporate Defendants request that this Court allow them to proceed *pro se*, citing two out-of-state small claims cases in which a corporate defendant has been allowed to proceed *pro se*. Defendants' argument is not well taken.  In federal court, the rule is well established that a corporation is an artificial entity that can only be represented through its agents.  Palazzo v. Gulf Oil Corp., 764 F.2d 1382, 1385 (11th Cir. 1985).  It cannot appear in judicial proceedings *pro se* but must instead be represented by licensed counsel.  Id.  The general rule that corporations must be represented by counsel in judicial actions applies even where the person seeking to represent the corporation is its president and/or major stock holder.  Id.  Therefore, the corporate Defendants' request to proceed *pro se* is denied.  The Court will allow an additional and final two weeks for the corporate Defendants to obtain counsel.  If they fail to do so, the Court will rule on Plaintiff's Consolidated Motion for and Memorandum in Support of a Supplemental Final Order Modifying Stipulated Settlement Order with Defendants Sam Tarad Sky, Credit Restoration Brokers, LLC, and Debt Negotiation Associates LLC (Doc. #22) without the benefit of a response from Defendants. Defendant Sam Tarad Sky may continue to represent himself *pro se*.

Attorney Streyffeler's request to withdraw from representation of the Defendants is due to be granted.

Accordingly, it is now

**ORDERED:**

(1) Defendants' Motion to Proceed *Pro Se* (Doc. #28) is **GRANTED** in part and **DENIED** in part.

(2) Corporate Defendants Credit Restoration Brokers, LLC and Debt Negotiation Associates, LLC request to proceed *pro se* is **DENIED**. These Defendants shall have up to and including **October 31, 2011** to obtain counsel. New counsel shall file a notice of appearance by this date. Corporate Defendants Credit Restoration Brokers, LLC and Debt Negotiation Associates, LLC are cautioned that failure to obtain counsel will result in the Court ruling on Plaintiff's Consolidated Motion for and Memorandum in Support of a Supplemental Final Order Modifying Stipulated Settlement Order with Defendants Sam Tarad Sky, Credit Restoration Brokers, LLC, and Debt Negotiation Associates LLC (Doc. #22) without the benefit of a response from Defendants.

(3) Attorney Streyffeler's request to withdraw is **GRANTED**. The Clerk of Court is directed to remove Streyffeler as counsel of record for Defendants and remove him from all further notices of electronic filing in this matter. All further correspondence and pleadings in this matter shall be directed to the Defendants at 10600 Chevrolet Way, #250, Estero, Florida 33928, telephone number 239-425-0885.

(4) The Parties request for a hearing on this Motion is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this  17th  day of October, 2011.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record